UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LYNN BERNARD,

        PLAINTIFF,

V.

PROFESSIONAL RECOVERY SERVICES, INC.,

        DEFENDANT.

CIVIL ACTION NO.

March 11, 2010

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1331, 1441 and 1446, the defendant Professional Services, Inc. ("Defendant"), through its undersigned counsel, Zeldes, Needle & Cooper, P.C., hereby gives notice of removal of this case to this Court from the Connecticut Superior Court for the Judicial District of New Britain at New Britain in which this action is now pending. The Defendant appears solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of this petition, the Defendant represents as follows:

    1.    An action was commenced against the Defendant in the Superior Court for the State of Connecticut in and for the Judicial District of New Britain at New Britain, entitled Lynn Bernard v. Professional Recovery Services, Inc., bearing a return date of March 16,

2010. A copy of the summons and complaint received by Defendant is attached hereto as Exhibit A.

2. The complaint is dated February 15, 2010. The complaint was served upon the Connecticut Secretary of State on February 18, 2010 and received by defendant through the mail on March 1, 2010. Removal of this action is therefore timely under 28 U.S.C. § 1446(b). To the best of Defendant's knowledge, there have been no other motions or papers filed with the Superior Court.

3. In the complaint in the above-described action, Plaintiff has claimed that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 and certain state statutes.

4. This case is removable pursuant to 28 U.S.C. § 1441(a) and (b), since the Plaintiff's complaint alleges a violation of federal law.

5. The case is removable pursuant to 28 U.S.C. § 1441(a) and (b) since the United States District Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. As required by 28 U.S.C. § 1446(d), the Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Superior Court in and for the Judicial District of New Britain at New Britain, where the action is now pending. A copy of the Notice to State Court of Filing of Notice of Removal is attached as Exhibit B.

WHEREFORE, the Defendant respectfully requests that the above action now pending against it in the Superior Court of Connecticut, Judicial District of New Britain at New Britain, be removed therefrom to this Court.

DEFENDANT, PROFESSIONAL
RECOVERY SERVICES, INC.

_____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jelliot@znclaw.com

Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

>Theresa Rose DeGray, Esq.
>Consumer Legal Services, LLC
>29 Soundview Road, Suite 11B
>Guilford, CT 06437

Dated at Bridgeport, Connecticut on this 11th day of March 2010

_____
Jonathan D. Elliot