# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 9-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

SECRETARY OF THE STATE
FEB 18 2010
RECEIVED

Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)
20 Franklin Square, New Britain CT 06051

Telephone number of clerk (with area code): (860) 515-8180

Return Date (Must be a Tuesday): March 16, 2010

Judicial District: ☒ New Britain
G.A. Number: ☐
Housing Session: ☐

Case type code: Major: M  Minor: 90

For the Plaintiff(s) please enter the appearance of:
Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Consumer Legal Services, LLC 29 Soundview Road Suite 11B, Guilford, CT 06437

Juris number (to be entered by attorney only): 430221

Telephone number (with area code): (203) 458-8200

Number of Plaintiffs: 1   Number of Defendants: 1   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Address: Lynn Bernard 26 Goodwin St. Bristol, CT 06010 | P-01 |
| Additional Plaintiff | Name: Address: | P-02 |
| First Defendant | Name: Address: Professional Recovery Services, Inc. 221 Laurel Road, Ste 350 Voorhees, NJ 08043 | D-50 |
| Additional Defendant | Name: Address: | D-51 |
| Additional Defendant | Name: Address: | D-52 |
| Additional Defendant | Name: Address: | D-53 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

Signed (Sign and "X" proper box): [signature]
☒ Commissioner of the Superior Court
☐ Assistant Clerk

Name of Person Signing at Left: Theresa Rose Nickols DeGray
Date signed: 02/15/2010

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

I certify I have read and understand the above:
Signed (Self-Represented Plaintiff): Date:

Name and address of person recognized to prosecute in the amount of $250
David Fry, 766 Totoket Road, Northford, CT 06472
Signed (Official taking recognizance; "X" proper box): [signature]
☒ Commissioner of the Superior Court
☐ Assistant Clerk
Date: 02/15/2010

For Court Use Only
File Date

ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

Docket Number:

(Page 1 of 2)



# CONSUMER LEGAL SERVICES, LLC

SENT VIA FAX TO: 856-770-9633
SENT VIA FEDERAL EXPRESS TO CT STATE MARSHAL FOR SERVICE

February 15, 2010

Professional Recovery Services, Inc.
221 Laurel Road, Ste. 350
Voorhees, NJ 08043

Re:   Bernard v. Professional Recovery Services, Inc.

Dear Sir or Madam:

Please be advised that this law firm represents Lynn Bernard.

We believe you have violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act with regard to your attempt to collect the alleged debt to Card Member Services.

Enclosed herewith please find a courtesy Writ, Summons and Complaint which will be served upon your company shortly.

If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and we will then continue to pursue legal recourse accordingly.

Sincerely,
CONSUMER LEGAL SERVICES, LLC

THERESA ROSE DEGRAY
Attorney at Law

---

**Theresa Rose DeGray**
Attorney at Law
Admitted in CT and MA

29 Soundview Road, Suite 11B • Guilford, CT 06437

Phone: 203-458-8200 814-0600 • Fax: 203-738-1062

Email: TRD@ConsumerLegalServicesLLC.com

| | | |
|---|---|---|
| RETURN DATE: MARCH 16, 2010 | : | SUPERIOR COURT |
| BERNARD, LYNN | : | J. D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| PROFESSIONAL RECOVERY SERVICES, INC. | : | FEBRUARY 15, 2010 |

## COMPLAINT

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. §36a-800 et seq., §36a-645 et seq. and §42-110a et seq.) (hereinafter referred to as the "C.G.S."), the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.) (hereinafter referred to as the "FDCPA").

2. The Court has jurisdiction pursuant to 15 U.S.C. §1692K and 28 U.S.C §§1331 and 1367.

3. The Plaintiff is a consumer debtor and/or consumer as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq.) and/or the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.), residing in Bristol, Connecticut.

4. The Defendant has a business address of 221 Laurel Road, Suite 350, Voorhees, New Jersey, and is a debt collector as defined by the Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.).

5. The Defendant received a dunning letter from the Plaintiff dated February 10, 2009, regarding an alleged debt owed by the Plaintiff to Cardmember Services, a copy of which is attached hereto a Exhibit A.

6. On March 12, 2009, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) notifying the Defendant that the Plaintiff disputed the alleged debt, and (b) requesting from the Defendant information regarding the alleged debt; a copy of which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

7. Pursuant to statutory law, the Defendant should then have ceased all collection of the alleged debt until such time as the Defendant provided to the Defendant all of the requested information outlined in Exhibit B.

8. However, on March 26, 2009, the Defendant and/or its agent, identifying herself as "Maureen," telephoned the Plaintiff's employer, specifically the Human Resources Department, from the phone number 888-200-8083.

9. Defendant's said phone call to the Human Resources Department of the Plaintiff's employer, violated the FDCPA 15 U.S.C. §1692c(b).

10. Also, on March 26, 2009, the Plaintiff sent a letter via facsimile to the Defendant demanding that the Defendant cease all communications with the Plaintiff; a copy of which is attached as Exhibit C along with the fax transmittal confirmation receipt therfor.

11. However, the Defendant then sent another dunning letter to the Plaintiff dated May 5, 2009, in a continual attempt to collect the alleged underlying debt which is attached as Exhibit D.

12. The Defendant has failed to attempt to validate the debt to date.

13. Any, and all of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

14. Any, and all of the Defendant's acts, or omissions to act, averred in this complaint caused damage to the Plaintiff.

15. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

16. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

WHEREFORE, the Plaintiff claims:

1. Money damages;
2. Statutory damages of up to $1,000.00;
3. Attorneys fees;
4. Such other relief as the Court may find in law or equity.

                              THE PLAINTIFF
                              Lynn Bernard

By:    _____
        THERESA ROSE DEGRAY
        Consumer Legal Services, LLC
        29 Soundview Road, Suite 11B
        Guilford, CT 06437
        Tel: 203-458-8200
        Fax: 203-738-1062
        Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: MARCH 16, 2010 | : | SUPERIOR COURT |
| BERNARD, LYNN | : | J. D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| PROFESSIONAL RECOVERY SERVICES, INC. | : | FEBRUARY 15, 2010 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

THE PLAINTIFF
Lynn Bernard

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

03/12/2009 13:32 FAX 860 585 3169      BH-FINANCE                                              ☒002

P.O. BOX 1880
VOORHEES NJ 08043
PHONE: (866) 464-1013

P.O. BOX 1880
VOORHEES NJ 08043-7880

ADDRESS SERVICE REQUESTED

*Exhibit A*

#BWNLCSV S-ONPREC10 L-001 A-7860745
#078607450# P0PKC900210479 I13380
LYNN BERNARD
26 GOODWIN ST
BRISTOL CT 06010-5807

CARDMEMBER SERVICES
PO BOX 2858
OMAHA, NE 68103-2858

02/10/09

| Account # : | Client # : | Amount Due: |
|---|---|---|
| 7860745 | 4481954665003339 | $ 8778.20 |
| Client : Cardmember Services | | |

✂ Detach Upper Portion And Return With Payment ✂

### *** IMPORTANT COLLECTION NOTICE ***

ACCOUNT # : 7860745

RE : Your account with our client
    **Cardmember Services**
SERVICE DATE : 11/15/06
**AMOUNT DUE : $ 8778.20**

PROFESSIONAL RECOVERY SERVICES INC.
P.O. BOX 1880
VOORHEES NJ 08043
PHONE: (866) 464-1013

Dear LYNN BERNARD,

Please be advised that the account listed above has been referred to us by the above creditor in the amount of $ 8778.20 representing the balance due for services rendered and accepted.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Should you contact us in writing for verification of this debt, we will cease further collection activity until we provide you with the verification.

Very Truly Yours,

*John Crosby*
JOHN CROSBY
Senior Claims Adjuster

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Lynn Bernard
26 Goodwin St.
Bristol, CT 06010

Exhibit B
p. 1 of 2

Professional Recovery Services
PO Box 1880
Voorhees, NJ 08043

Re:  Account #7860745
     Client #4481954665003339
     Amount Claimed Due: $8778.20

Dear Sir or Madame:

I may have had my identity compromised. I received information from Citibank regarding this matter.

Please provide all documentation regarding the above account so that I may pursue this. I'll need all the account statements, a signed application and a copy of the terms and agreement.

Thank you in advance for this information.

Sincerely,

*Lynn Bernard*

ZIP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for

Exhibit B  
p. 2 of 2

Mar 12 2009 4:24pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 12 | 4:24pm | Sent | *6718567709633 | 0:28 | 1 | OK |

Result:  
  OK - black and white fax

# Lynn Bernard
# 26 Goodwin Street
# Bristol, CT  06010

Exhibit C
p 1 of 2

March 26, 2009

TO: Professional Recovery Services

RE:   Alleged Creditor: Cardmember Services
      Acct. #: -0339
      Claimed Owed: $8778.20

Dear Sir or Madam:

By calling the Human Resources at my place of work, you have violated my consumer rights under the Fair Debt Collection Practices Act. You will be hearing from my attorney shortly. He specializes in FDCPS cases. I am hereby requesting, also under the FDCPA, that you immediately cease all communication with me in reference to the above account.

If you fail to heed this notice, I will file a formal complaint against you with the Federal Trade Commission who is responsible for enforcement, the state Attorney General's Office, and the American Collector's Association who monitors for noncompliance. In addition, my attorney will bring action against you.

I have decided that I do not desire to work with your company under any circumstances.

You are also notified that if any adverse items are placed against my credit reports as a result of this notice that I will be forced to take appropriate action against you and the client that you represent.

Please cease and desist all communications, as the consequences could be severe.

Sincerely,

*Lynn Bernard*



HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for    Exhibit C  
                          p. 2 of 2

Mar 25 2009 6:19pm

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 25 | 6:18pm | Sent | *6718567709633 | 0:30 | 1 | OK |

Result:  
  OK - black and white fax

05/11/2009 10:38 FAX 860 585 3169      BH-FINANCE                                                    ☒006

P.O. BOX 1880
VOORHEES NJ 08043-7880

ADDRESS SERVICE REQUESTED

PROFESSIONAL RECOVERY SERVICES INC.
P.O. BOX 1880
VOORHEES NJ 08043
PHONE: (866) 464-1013                    Exhibit D

#BWNLCSV S-ONPREC10 L-120 A-7860745
#078607450# P0RTIM00203139 I03140
LYNN BERNARD
26 GOODWIN ST
BRISTOL CT 06010-5807

CARDMEMBER SERVICES
PO BOX 2858
OMAHA, NE 68103-2858

05/05/09

| Account # : | Client # : | Amount Due: |
|---|---|---|
| 7860745 | 44819546650033339 | $ 9420.08 |
| Client : Cardmember Services | | |

✂ Detach Upper Portion And Return With Payment ✂

### *** IMPORTANT COLLECTION NOTICE ***

ACCOUNT # : 7860745

RE : Your account with our client
   **Cardmember Services**
SERVICE DATE : 11/15/06
**AMOUNT DUE : $ 9420.08**

PROFESSIONAL RECOVERY SERVICES INC.
P.O. BOX 1880
VOORHEES NJ 08043
PHONE: (866) 464-1013

Dear LYNN BERNARD,

Professional Recovery Services, Inc. is the authorized representative for the above mentioned client.

In an effort to assist you in resolving this matter, our client has authorized us to extend to you an offer to settle your account for less than the amount you owe. Please contact us so that we may work with you to establish the terms of a settlement agreement which will be acceptable to both you and our client. We are not obligated to renew this offer.

Sincerely,

*John Crosby*
JOHN CROSBY
Senior Claims Adjustor
(866) 464-1013

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.