UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LYNN BERNARD,

PLAINTIFF,

V.

PROFESSIONAL RECOVERY SERVICES, INC.,

DEFENDANT.

Civ. No. 3:10-cv-364 (WWE)

June ___, 2010

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
LYNN BERNARD

By_____
Theresa Rose DeGray, Esq.
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: (203) 458-8200
Fax: (203) 738-1062
Email: trd@consumerlegalservicesllc.com

Her Attorney

THE DEFENDANT
PROFESSIONAL RECOVERY SERVICES, INC.

By:_____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorney